In the Matter of PAUL C. KOEBER, Appellant, against STEPHEN A. BEDELL et al., Constituting the Board of Appeals of the Town of Hempstead et al., Respondents.

Argued April 3, 1939; decided April 18, 1939.

*Jacob M. Zinaman* for appellant.

*James N. Gehrig* and *Jeremiah Wood* for Board of Appeals of Town of Hempstead et al., respondents.

*Hartley G. Pelletier* and *Frank Hancock Hennessy* for Franklin Society for Home Building and Savings, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.